1 | BENJAMIN B. WAGNER
  | United States Attorney
2 | KIMBERLY A. SANCHEZ
  | Assistant U.S. Attorney
3 | 2500 Tulare Street, Suite 4401
  | Fresno, California 93721
4 | Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:11-CR-00228-LJO |
|---|---|---|
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| v. | ) | |
| MARIO GUASAN-CASERIN, | ) | |
| Defendant. | ) | |

WHEREAS, on December 12, 2011, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Mario Guasan-Caserin, in the following property:

    a.   Hi-Point, caliber .380 caliber, serial number altered or obliterated, and

    b.   any ammunition seized from the defendant in this case.

AND WHEREAS, beginning on January 7, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third

parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Mario Guasan-Caserin.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

**Dated: May 14, 2012**  /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE